UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

vs.

Various cryptocurrency seized from Binance user id 61886539 in the name of [Person A],

        Defendant.

Case No. 25-cv-12945
Honorable Gershwin A. Drain

**Motion to Strike ECF No. 3**

NOW COMES Plaintiff, the United States of America ("Plaintiff"), by and through its undersigned counsel, and in support of this Motion to Strike ECF No. 3, states as follows:

1. On September 18, 2025, Plaintiff filed a notice document titled "Certificate of Service." (ECF No. 3).

2. The document was filed through the Court's ECF filing system and inadvertently included a name that should have been redacted.

3. R15 of the Electronic Filing Policies and Procedures permits corrections to the docket upon order of the Court.

4. Based upon the foregoing, and pursuant to R15 of the Electronic Filing

Policies and Procedures, Plaintiff requests that the Court strike the document docketed as Certificate of Service (ECF No. 3).

                                              Respectfully submitted,

                                              JEROME F. GORGON JR.
                                              United States Attorney

                                              <u>S/ Kelly Fasbinder</u>
                                              Kelly Fasbinder (P80109)
                                              Assistant U.S. Attorney  211
                                              W. Fort Street, Ste. 2001
                                              Detroit, Michigan 48226
                                              (313) 226- 9520
                                              Kelly.Fasbinder@usdoj.gov

Dated: September 18, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2025 I electronically filed the foregoing document with the Clerk of the Court using the ECF system.

<u>S/ Kelly Fasbinder</u>
Kelly Fasbinder
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, Michigan 48226
(313) 226- 9520
Kelly.Fasbinder@usdoj.gov