UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

          Plaintiff,

                               Civil No. 25-cv-12945

v.                                Honorable Gershwin A. Drain

Various cryptocurrency seized from
Binance user id 61886539 in the name
of [Person A],

          Defendants *in Rem*,

 Unnamed individuals,

          Claimants.

---

**STIPULATED ORDER EXTENDING PLAINTIFF'S TIME TO FILE
RESPONSE TO MOTION TO SEAL FILED BY CLAIMANTS**

---

Plaintiff, the United States, commenced this action on September 17, 2025, with the filing of a civil forfeiture complaint.  (ECF No. 1).  On December 2, 2025, a claim was filed on behalf of unnamed individuals ("Claimants") asserting an interest in the defendants *in rem*, with an attached motion to seal asking the Court to permit Claimants to proceed in this action under pseudonyms. (ECF No. 7).  On December 8, 2025, the claim and motion to seal were refiled separately. (ECF Nos. 8 and 9).

1

Plaintiff's response to Claimants' motion is due on December 16, 2025. The United States and Claimants, by and through their respective undersigned counsel, stipulate and agree that the United States may have a 14-day extension of time, until December 30, 2025, to file a response to the motion to seal filed by Claimants. (ECF No. 8).

Good cause therefore being agreed to, and the Court being fully advised in the premises, the United States shall have until December 30, 2025, to file a response to motion to seal filed by Claimants. (ECF No. 8).

Approved as to form and substance:

JEROME F. GORGON JR.
United States Attorney                          *Attorneys for Claimants:*

S/ Kelly Fasbinder                              S/Zack Glaza (with consent)
Kelly Fasbinder (P80109)                        Zack Glaza
Assistant United States Attorney                Glaza Law
211 W. Fort Street, Suite 2001                  MI Bar No. P80036
Detroit, MI 48226                               5970 St. James Dr.
(313) 226-9520                                  West Bloomfield, MI 48322
Kelly.Fasbinder@usdoj.gov                       (248) 955-3803
                                                zack@glazalaw.com

Dated: December 10, 2025                         Dated: December 10, 2025

2

<u>S/Daniel J. Thornburgh</u> (with consent)
Daniel J. Thornburgh *(Pro Hac Vice Forthcoming)*
FL Bar No. 0042661
**AYLSTOCK, WITKIN,**
**KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
(850) 202-1010
dthornburgh@awkolaw.com

Dated: December 10, 2025

*******************************

**IT IS SO ORDERED.**

Dated: December 10, 2025            <u>/s/ Gershwin A. Drain</u>
                                     Honorable Gershwin A. Drain
                                     United States District Court Judge

3