UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

                                Civil No. 25-cv-12945
v.                            Honorable Gershwin A. Drain

Various cryptocurrency seized from
Binance user id 61886539 in the name
of [Person A],

        Defendants *in rem*,

 Unnamed individuals,

        Claimants.

---

**ORDER TO FILE AMENDED
COMPLAINT FOR FORFEITURE**

---

The United States of America has moved this Court for leave to file an amended complaint for forfeiture pursuant to Federal Rule of Civil Procedure 15(a)(2). Upon consideration of the motion, the proposed amended complaint attached to the motion, and the entire record herein,

IT IS HEREBY ORDERED that for good cause shown the United States is granted leave to file the proposed amended complaint.

Dated: February 24, 2026        /s/ Gershwin A. Drain
                                   Honorable Gershwin A. Drain
                                   United States District Judge