**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>Various cryptocurrency seized from Binance user id 61886539 in the name of [Person A],<br><br>Defendant | Civil No. 25-cv-12945<br>Honorable Gershwin A. Drain<br><br>**AMENDED VERIFIED CLAIMS OF VICTIM- CLAIMANTS IDENTIFIED IN SCHEDULE A** |

Pursuant to Federal Rules of Civil Procedure, Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the Claimants identified in Schedule A ("Claimants"), submit this notice of Amended Verified Claims asserting their interests in various cryptocurrency seized from Binance user id 61886539 in the name of Person A ("Defendant Property"), as defined in the United States' Amended Complaint for Forfeiture filed with this Court on February 24, 2026 ("Amended Complaint") (Dkt. 19).

Claimants allege as follows:

1.   Claimants, and the amount of the Defendant Property each Claimant asserts an interest in, are identified via pseudonym in Schedule A, attached hereto. [1]

2.   Claimants each have an interest in a portion of the Defendant Property.

3.   Claimants' interests are as lawful owners and/or beneficiaries of a portion of the Defendant Property.

---

[1] On December 8, 2025, Claimants previously submitted a motion to proceed under pseudonyms and to seal each Claimants' verifications, including the Claimants' full names. (Dkt. 8). Claimants argue and request that the same motion apply to these Amended Claims, addressing new and previously filed Claimants since the filing the Motion. Claimants reserve the right to file amended claims should the Court not grant that Motion.

4. Each Claimant held a lawful ownership interest in the Defendant Property at the time it was stolen from them. No Claimant ever voluntarily assigned, or abandoned, their lawful ownership interest in the Defendant Property, and each Claimant continues to hold their lawful ownership interest in the Defendant Property.

5. Each Claimant was a victim of the criminal offenses underlying the forfeiture of the Defendant Property. Specifically, each Claimant fell victim to the scheme the Complaint describes. This sort of scheme is unfortunately common and, on information and belief, results in the theft of billions of dollars in virtual currency annually. Perpetrators convinced Claimants to download and use what appeared to be legitimate mobile investment applications meant for cryptocurrency trading. These apps, in reality, were not connected to any legitimate developer, financial institution, or other organization. The malicious perpetrators created and controlled the apps and presented a façade of fake balances and transactions that appeared real.[2] Claimants each deposited their virtual currency at the perpetrators' direction under the belief that they were sending funds to a legitimate exchange platform and into wallets in the custody and control of the Claimants. Instead, however, the perpetrators controlled the wallets and eventually stole Claimants' funds.

6. Blockchain tracing of Claimants' stolen cryptocurrency has been performed. As reflected in the tracing reports, each Claimant's stolen cryptocurrency was laundered through a network of wallets used by Binance user id 61886539 or their co-conspirators until the stolen proceeds arrived at their destination wallets which, upon information and belief, are also owned and controlled by Binance user id 61886539 or their co-conspirators.

---

[2] While Claimants recognize the scheme described in the Complaint and have evidence to show that they are indeed the proper owners of funds included in Defendant Property, Claimants reserve their right to contest certain portions of the Complaint's allegations and do not admit them by submitting this Claim.

7. In its Amended Complaint for Forfeiture, the United States of America presented limited information, including limited blockchain tracing of the network of wallets used by Binance user id 61886539 or their co-conspirators. The United States provided partial wallet addresses and only four (4) full wallet addresses associated with the subject Binance account. Using the blockchain, Plaintiff's counsel has been able to identify more full wallet addresses, including the full wallet address held by the subject Binance account, in the name of Person A, which is the subject of the United States' forfeiture action (**0xAF22…2C70**). At the Claimants' counsel's direction, a source of funds analysis (reverse blockchain tracing) of the above wallet allowed for the identification of a fuller network of wallets used to launder the  stolen cryptocurrency to the subject Binance account.

8. Furthermore, a database was utilized that compared the network of wallets used in the United States' case to the Claimants' blockchain tracing and identified crossover or wallets that matched.

9. As a result, Claimant has been able to confirm that his stolen cryptocurrency was laundered through one or more wallets used by the perpetrators in the United States'  civil forfeiture action.

10. The analysis confirms that Claimants' stolen cryptocurrency assets are directly traceable to wallets included in the DOJ-identified conspiracy that generated the seized Defendant Property. Therefore, a distinct and identifiable portion of the Defendant Property represents the proceeds of Claimant's stolen assets.

11. Claimants' stolen assets were fraudulently taken by the perpetrators. Claimants did not voluntarily transfer ownership of their stolen assets to the perpetrators AND Claimants were not knowingly involved in any unlawful conduct. Claimants are innocent owners as defined under 18 U.S.C. § 983(d) and possesses superior ownership rights to the specific property derived from their stolen cryptocurrency proceeds.

12. This filing constitutes a Verified Claim, not a discretionary petition for remission, as Claimants assert a direct ownership interest rather than a request for administrative

mitigation. However, should any of the Claimants' claims be denied in whole or in part, Claimants request that this Verified Claim be converted into a Verified Petition for Remission.

Respectfully Submitted,

Date: April 24, 2026

By:   */s/ Zack Glaza*____
Zack Glaza
**Glaza Law**
MI Bar No. P80036
5970 St. James Dr.
West   Bloomfield,   MI   48322
zack@glazalaw.com
Phone: (248) 955-3803
Facsimile: (248) 206-5923

*/s/ Daniel J. Thornburgh*
Daniel J. Thornburgh (*Pro Hac Vice*)
FL Bar No. 0042661
**AYLSTOCK, WITKIN,
KREIS & OVERHOLTZ, PLLC**
Email: dthornburgh@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

*/s/ Pauls Toma*
Pauls Toma
MI Bar No. P89083
**AYLSTOCK, WITKIN,
KREIS & OVERHOLTZ, PLLC**
Email: ptoma@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

*Attorneys for Claimants*

## SCHEDULE A

| Claimant No. | Claimant Initials | Amount |
|---|---|---|
| 1. | A.A. | $1,400,000.00 |
| 2. | I.A. | $1,825,420.00 |
| 3. | F.A. | $312,185.07 |
| 4. | E.A | $1,750,125.50 |
| 5. | J.L.A | $69,994.95 |
| 6. | W.A. | $112,750.24 |
| 7. | J.D.A. | $200,000.00 |
| 8. | C.D.A | $346,200.49 |
| 9. | F.B. | $298,746.00 |
| 10. | K.E.B. | $429,337.11 |
| 11. | C.M.B. | $460,000.00 |
| 12. | R.M.B. | $338,107.25 |
| 13. | R.B. | $171,344.98 |
| 14. | B.K.B. | $387,009.05 |
| 15. | R.B. | $107,802.80 |
| 16. | L.B. | $854,975.00 |
| 17. | M.E.B. | $436,027.00 |
| 18. | K.V.B. | $447,816.32 |
| 19. | R.B. | $319,437.21 |
| 20. | L.Z.B. | $85,000.00 |
| 21. | C.W.B. | $779,143.75 |
| 22. | P.B. | $112,729.00 |
| 23. | K.A.B. | $611,822.00 |
| 24. | R.C. | $95,903.20 |
| 25. | P.C. | $467,813.66 |

| | | |
|---|---|---|
| 26. | J.N.C. | $590,000.00 |
| 27. | D.J.C. | $1,400,000 |
| 28. | G.W.C | $318,025.22 |
| 29. | A.C. | $121,038.00 |
| 30. | B.E.C. | $735,071.67 |
| 31. | X.D.C | $159,000.00 |
| 32. | M.D'A | $469,912.87 |
| 33. | B.D. | $361,905.00 |
| 34. | M.C.D. | $1,031,335.70 |
| 35. | J.D. | $1,874,695.00 |
| 36. | A.M.D. | $240,033.00 |
| 37. | K.D.D. | $80,265.04 |
| 38. | J.D. | $987,927.51 |
| 39. | S.N.E. | $531,000.00 |
| 40. | D.F. | $252,578.48 |
| 41. | M.C.F. | $211,276.95 |
| 42. | M.G. | $240,231.00 |
| 43. | H.T.G. | $299,176.41 |
| 44. | A.Y.G. | $519,320.00 |
| 45. | F.G. | $700,000.00 |
| 46. | R.S.G. | $630,690.63 |
| 47. | Y.H.H. | $185,429.93 |
| 48. | J.F.H. | $1,691,293.05 |
| 49. | M.S.H. | $761,098.41 |
| 50. | C.H. | $736,149.00 |
| 51. | J.T.H. | $758,704.00 |

| | | |
|---|---|---|
| 52. | C.C.H. | $450,014.00 |
| 53. | N.A.H. | $139,784.97 |
| 54. | J.H. | $661,303.00 |
| 55. | Z.J.H. | $282,790.00 |
| 56. | D.L.J. | $2,214,685.00 |
| 57. | J.O.J. | $689,000.00 |
| 58. | A.J. | $4,179,695.12 |
| 59. | M.E.K. | $348,000.00 |
| 60. | T.C.K. | $380,000.00 |
| 61. | H.E.K. | $474,129.45 |
| 62. | L.J.L. | $549,185.53 |
| 63. | A.D.L | $307,000.00 |
| 64. | M.A.L. | $261,245.55 |
| 65. | D.L. | $564,000.00 |
| 66. | G.J.L. | $1,374,436.52 |
| 67. | R.K.L. | $350,000.00 |
| 68. | K.L | $1,389,307.44 |
| 69. | V.L. | $491,722.00 |
| 70. | L.L. | $281,534.71 |
| 71. | Y.L. | $5,187,475.16 |
| 72. | J.L. | $294,759.47 |
| 73. | X.L. | $362,120.48 |
| 74. | O.D.L. | $651,631.00 |
| 75. | T.G.M. | $545,811.00 |
| 76. | J.E.M. | $168,670.00 |
| 77. | J.A.M. | $344,368.71 |

| | | |
|---|---|---|
| 78. | N.S.M. | $1,013,249.57 |
| 79. | M.S.M. | $50,000.00 |
| 80. | C.M. | $1,339,432.00 |
| 81. | G.C.M. | $436,580.00 |
| 82. | E.M.R, | $110,661.66 |
| 83. | D.M. | $298,000.00 |
| 84. | D.M. | $186,000.00 |
| 85. | B.N. | $80,000.00 |
| 86. | P.R.N. | $700,000.00 |
| 87. | D.N. | $182,026.00 |
| 88. | C.N. | $698,287.00 |
| 89. | J.P.N. | $418,786.73 |
| 90. | D.N. | $391,985.00 |
| 91. | V.D.N. | $183,861.45 |
| 92. | J.A.N. | $300,000.00 |
| 93. | K.B.N. | $291,957.03 |
| 94. | C.J.N. | $1,587,691.77 |
| 95. | G.N. | $2,074,000.00 |
| 96. | M.O. & N.P. | $862,318.73 |
| 97. | I.O. | $208,887.00 |
| 98. | C.C.O. | $319,000.00 |
| 99. | M.P. | $304,079.55 |
| 100. | K.K.P. | $334,543.09 |
| 101. | K.P. | $291,669.00 |
| 102. | Kr.P. | $409,937.33 |
| 103. | M.J.P. | $250,000.00 |

| 104. | A.P. | $1,178,000.00 |
| 105. | C.S.P. | $226,213.00 |
| 106. | I.P. | $894,000.00 |
| 107. | P.P. | $173,029.34 |
| 108. | K.R.P. | $172,000.00 |
| 109. | J.J.P | $1,400,000.00 |
| 110. | E.R. | $2,300,000.00 |
| 111. | T.J.R | $421,000.00 |
| 112. | H.R. | $1,282,168.87 |
| 113. | C.R. | $321,568.18 |
| 114. | J.J.R. | $287,933.00 |
| 115. | D.R. | $500,000.00 |
| 116. | Z.R. | $503,257.97 |
| 117. | W.T.R. | $283,439.78 |
| 118. | R.J.R. | $5,000,000.00 |
| 119. | S.M.S. | $320,000.00 |
| 120. | A.S. | $137,400.00 |
| 121. | K.S. | $1,101,106.00 |
| 122. | S.A.S. | $309,015.13 |
| 123. | T.S. | $6,522,000.00 |
| 124. | S.C.S | $56,037.57 |
| 125. | V.S. | $276,640.18 |
| 126. | W.A.S. | $496,289.54 |
| 127. | D.H.S. | $240,430.00 |
| 128. | D.L.S. | $276,516.13 |
| 129. | E.S. | $4,102,132.34 |

| | | |
|---|---|---|
| 130. | J.M.S. | $661,544.15 |
| 131. | C.S. | $125,000.00 |
| 132. | M.A.S. | $210,407.00 |
| 133. | D.E.S. | $156,678.00 |
| 134. | S.S. | $570,088.62 |
| 135. | E.J.S. | $229,896.00 |
| 136. | J.S. | $10,000,000.00 |
| 137. | J.O.T. | $1,600,000.00 |
| 138. | A.F.T. | $1,059,950.00 |
| 139. | A.T. | $71,000.00 |
| 140. | L.S.T. | $253,188.71 |
| 141. | A.Y.T. | $1,600,000.00 |
| 142. | J.T.T. | $505,381.00 |
| 143. | L.T.T. | $2,000,000.00 |
| 144. | R.T. | $400,000.00 |
| 145. | G.J.T. | $233,068.26 |
| 146. | A.J.V. | $131,654.71 |
| 147. | L.S.V. | $325,000.00 |
| 148. | K.V. | $242,249.85 |
| 149. | G.D.V. | $2,469,262.92 |
| 150. | C.V. | $350,000.00 |
| 151. | R.A.W. | $201,574.00 |
| 152. | J-J.H.W. | $571,131.73 |
| 153. | M.L.W. | $650,000.00 |
| 154. | L.T.W. | $1,159,889.56 |
| 155. | D.L.W. | $192,780.74 |

| | | |
|---|---|---|
| 156. | J.P.E-W | $120,000.00 |
| 157. | K.B.X. | $360,000.00 |
| 158. | K.Y. | $152,921.70 |
| 159. | S.Y. | $1,197,811.09 |
| 160. | V.Y. | $400,000.00 |
| 161. | A.Y. | $980,937.66 |
| 162. | S.Y.Y. | $197,609.01 |
| 163. | J.Z. | $495,000.00 |
| 164. | M.D.Z. | $707,028.63 |
| 165. | R.M.A. | $435,721.00 |
| 166. | H.W. | $180,000.00 |
| 167. | G.Y.Q.G | $1,212,958.56 |
| 168. | J.G. | $467,929.63 |
| 169. | L.L. | $96,017.09 |