UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

       Plaintiff,

                              Civil No. 25-cv-12945
v.                               Honorable Gershwin A. Drain

Various cryptocurrency seized from
Binance user id 61886539 in the name
of [Person A],

       Defendants *in Rem*,

Unnamed individuals,

       Claimants.

---

### GOVERNMENT'S RESPONSE TO CLAIMANTS' MOTION TO AMEND VERIFIED CLAIMS [ECF No. 25]

---

The United States respectfully submits this response to Claimants' filing (ECF No. 25), which is docketed as a motion but is not clearly styled or identified as such and does not comply with, or reference, Local Rule 7.1.

To the extent the Court construes Claimants' filing as a motion, the United States does not object to the addition of the new Claimants because the notice of claims was filed within the applicable claim deadline. Claimants have provided the United States with the additional verified claims corresponding to the filing. However, for the same reasons set forth in its prior responses, incorporated herein

by reference (*see* ECF Nos. 12 and 22), the United States opposes Claimants' request

to proceed under pseudonyms and to seal each claimant's verified claim.

               Respectfully Submitted,


               JEROME F. GORGON, JR.
               United States Attorney

               *s/Kelly Fasbinder*
               KELLY FASBINDER
               Assistant United States Attorney
               211 W. Fort Street, Suite 2001
               Detroit, MI  48226
               (313) 226-9520
               Kelly.Fasbinder@usdoj.gov

Dated: May 4, 2026

## CERTIFICATE OF SERVICE

I certify that on May 4, 2026, I electronically filed the Government's response to claimants' motion to amend verified claims with the Clerk of the Court of the Eastern District of Michigan using the ECF filing system, which will send notification to all counsel of record via email.

*s/Kelly Fasbinder*
KELLY FASBINDER (P80109)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
(313) 226-9520
Kelly.Fasbinder@usdoj.gov
