**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

VARIOUS CRYPTOCURRENCY SEIZED FROM BINANCE USER ID 61886539 IN THE NAME OF [PERSON A],

Defendant.

_______________________________/

Case No. 2:25-cv-12945

UNITED STATES DISTRICT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
ELIZABETH A. STAFFORD

**OPINION AND ORDER DENYING CLAIMANTS' MOTION TO PROCEED UNDER PSEUDONYMS AND DENYING WITHOUT PREJUDICE CLAIMANTS' MOTION TO SEAL [ECF No. 21]**

BEFORE THE COURT is Claimants' motion to proceed under pseudonyms and Claimants' motion to seal [ECF No. 21]. The Court previously considered and rejected substantially identical arguments in denying the earlier claimants' motion to proceed under pseudonyms [ECF No. 29].[1] In that order, the Court applied the four-factor balancing test articulated in *Doe v. Porter*, 370 F.3d 558, 560 (6th Cir. 2004), and concluded that the earlier claimants failed to overcome the strong

[1] The earlier claimants total 106 individuals who are identified pseudonymously by their initials in Schedule A of their Verified Claim. ECF No. 7-2, PageID.74–78. The present claimants total 6 individuals who are also identified pseudonymously by their initials in Schedule A of their Verified Claim. ECF No. 20, PageID.286.

presumption of open judicial proceedings. ECF No. 29, PageID.4–9. Because the present claimants advance substantially the same arguments and identify no materially distinguishable circumstances warranting a different result, the Court incorporates by reference the reasoning set forth in its prior Order. *See id.*

In addition, like the earlier claimants, the claimants here failed to follow the procedural requirements outlined by Eastern District of Michigan Local Rule 5.3(b)(3)(A)(v)–(vi) when filing a motion to seal. *See* E.D. Mich. LR 5.3(b)(3)(A)(v)–(vi); *see also* ECF No. 29, PageID.9–10. Specifically, they failed to file along with their motion: (1) "a redacted version of the document(s) to be sealed, filed as an exhibit to the motion, unless the proponent of filing is seeking to file the entire document under seal, in which case a blank sheet shall be filed as an exhibit"; and (2) "an unredacted version, filed as a sealed exhibit, of the document that is sought to be filed under seal." *See* E.D. Mich. LR 5.3(b)(3)(A)(v)–(vi).

Accordingly, Claimants' motion to proceed under pseudonyms [ECF No. 21] is **DENIED**, and Claimants' motion to seal is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: October 20, 2026

/s/ Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge